AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 8:19-MJ-243 | March 25, 2019 at 9:50 AM | Judy Regnier |

Inventory made in the presence of:
Aimee Schabilion, Special Agent

Inventory of the property taken and name of any person(s) seized:

See attached inventory

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: May 9, 2019

*Executing officer's signature*

Greg Helias, Special Agent
*Printed name and title*

Case 8:19-mj-00243-DUTY   Document 6   Filed 05/16/19   Page 1 of 11   Page ID #:612

# Inventory Listing of All Items Seized at Search Warrant Site

**Site Name:**
4491 Rainbow Lane
Yorba Linda, CA 92886

General Search
Residence of Judy Regnier - General

**Investigation Number:**
1000290795

**Starting Date and Time:**
03/25/2019 10:16 AM

**Ending Date and Time:**
03/25/2019 04:13 PM

**Report Date:**
Monday, March 25, 2019

---

| | | | | |
|---|---|---|---|---|
| **Control #:** | 1 | | **Evidence Box:** | 1 |
| **Location:** | Storage Shed | | **Locator Code:** | J |
| **Found:** | On Floor | | | |
| **Description:** | Seized per Warrant | Binders with cover letter containing corporate records for Tully's Coffee, Doppio Inc., Global Baristas, and GB Autosports | | |

---

| | | | | |
|---|---|---|---|---|
| **Control #:** | 2 | | **Evidence Box:** | 2 |
| **Location:** | Storage Shed | | **Locator Code:** | J |
| **Found:** | In Shed | | | |
| **Description:** | Seized per Warrant | Desert Harvest Project File, LA Bank and Trust 2016 Reconciliation, Desert Harvest checks, inventories and correspondance, Honda Jet purchase file, CBT Passport 420 LLC Letters, EBT 21932 Parthenia LLC letters, CBT were still here and files, and aviation records. | | |

---

| | | | | |
|---|---|---|---|---|
| **Control #:** | 3 | | **Evidence Box:** | 3 |
| **Location:** | Storage Shed | | **Locator Code:** | J |
| **Found:** | On Floor in Banker's Box | | | |
| **Description:** | Seized per Warrant | Banker's Box Labeled "Judy's Office" containing epense invoices, fee agreements, tax bills for years 2017 and 2018 Avenatti et. al. | | |

---

| | | | | |
|---|---|---|---|---|
| **Control #:** | 4 | | **Evidence Box:** | 4 |
| **Location:** | Storage Shed | | **Locator Code:** | J |
| **Found:** | On Floor | | | |
| **Description:** | Seized per Warrant | Re: 2013-2018 - re Michael Avenatti. Box containing: Records,in including promissary notes, invoices, employment contracts, payroll records, property records, payroll records and IRS letters re: Michael Avenatti. | | |

| | | | |
|---|---|---|---|
| **Control #:** | 5 | **Evidence Box:** | 5 |
| **Location:** | Storage Shed | **Locator Code:** | J |
| **Found:** | On Floor by J1 and J2 Labels | | |
| **Description:** | Seized per Warrant | Michael Avenatti - 2011 tax correspondence from Pope & Associates, APC. Michael Avenatti 2010 Tax correspondence/letters from Pope & Associates, APC tax organizer. | |

| | | | |
|---|---|---|---|
| **Control #:** | 6 | **Evidence Box:** | 5 |
| **Location:** | Storage Shed | **Locator Code:** | J |
| **Found:** | On Floor | | |
| **Description:** | Seized per Warrant | Bills, Bank Statements from City National Bank, canceled checks, notices from EDD and Washington Department Revenue. | |

| | | | |
|---|---|---|---|
| **Control #:** | 7 | **Evidence Box:** | 5 |
| **Location:** | Storage Shed | **Locator Code:** | J |
| **Found:** | In Box Labeled "Judy's House" | | |
| **Description:** | Seized per Warrant | Payment records in file labeled "Judy Regnier". The Fight PAC correspondence and account agreement, back-up for November email. | |

| | | | |
|---|---|---|---|
| **Control #:** | 8 | **Evidence Box:** | 6 |
| **Location:** | Kitchen/Dine/Living | **Locator Code:** | C - 4 |
| **Found:** | Floor of Living Room | | |
| **Description:** | Seized per Warrant | Per Judy Regnier: box contains 100% related to Eager Avenatti. Box is labeled "Client Retainer Agreements" and employee records. | |

| | | | |
|---|---|---|---|
| **Control #:** | 9 | **Evidence Box:** | 7 |
| **Location:** | Office | **Locator Code:** | H-1 |
| **Found:** | In Box on Floor | | |
| **Description:** | Seized per Warrant | Apple I Phone | |

| | | | |
|---|---|---|---|
| **Control #:** | 10 | **Evidence Box:** | 7 |
| **Location:** | Office | **Locator Code:** | H-1 |
| **Found:** | In Box on Floor | | |
| **Description:** | Seized per Warrant | Apple Laptop "EA-LT07" S/N: C02G4BE9DJWR | |

| | | | |
|---|---|---|---|
| **Control #:** | 11 | **Evidence Box:** | 7 |
| **Location:** | Office | **Locator Code:** | H-4 |
| **Found:** | On Desk | | |
| **Description:** | Seized per Warrant | Flash Drive: "Staples 32", Flash Drive: "Staples RELA", Flash Drive Lexar 16G | |

| Control #: | 12 | | Evidence Box: | 7 |
|---|---|---|---|---|
| Location: | Office | | Locator Code: | H-4 |
| Found: | On Desk | | | |
| Description: | Seized per Warrant | Seagate Back-up Plus S/N NA7ZY5P3 | | |
| | | Installed in Apple Mac All in One: Lexar Flash Drive Model: LJDTT16G | | |

| Control #: | 13 | | Evidence Box: | 7 |
|---|---|---|---|---|
| Location: | Office | | Locator Code: | H |
| Found: | On Floor | | | |
| Description: | Seized per Warrant | HP 2210 S/N: 2UA1270P8K | | |

| Control #: | 14 | | Evidence Box: | 7 |
|---|---|---|---|---|
| Location: | Office | | Locator Code: | H-4 |
| Found: | On Desk | | | |
| Description: | Seized per Warrant | Western Digital Elements S/N: WX61A18LKKBR | | |

| Control #: | 15 | | Evidence Box: | 7 |
|---|---|---|---|---|
| Location: | Office | | Locator Code: | H-4 |
| Found: | On Desk | | | |
| Description: | Seized per Warrant | Apple All in One S/N: QP1202JHSC | | |

| Control #: | 16 | | Evidence Box: | 7 |
|---|---|---|---|---|
| Location: | Office | | Locator Code: | H-4 |
| Found: | Files on Desk | | | |
| Description: | Seized per Warrant | Flash Drive - "Staples 32", Inserted in Mac all in One - Flash Drive "Staples 32" | | |

| Control #: | 17 | | Evidence Box: | 7 |
|---|---|---|---|---|
| Location: | Kitchen/Dine/Living | | Locator Code: | C |
| Found: | On Counter | | | |
| Description: | Seized per Warrant | Apple Iphone S/N: F2LVLR32JCLM and Applie Iphone S/N: G0PVR4JCL6 | | |

| Control #: | 18 | | Evidence Box: | 7 |
|---|---|---|---|---|
| Location: | Office | | Locator Code: | H-4 |
| Found: | In Box on Desk | | | |
| Description: | Seized per Warrant | Apple Iphone S/N: C6KSDAX9HG74 | | |

| Control #: | 19 | | Evidence Box: | 7 |
|---|---|---|---|---|
| Location: | Office | | Locator Code: | H-4 |
| Found: | Found in Desk Drawer | | | |
| Description: | Seized per Warrant | 2 Apple iphones model: A-1688 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 20 | **Evidence Box:** | 7 |
| **Location:** | Office | **Locator Code:** | H-3 |
| **Found:** | Right of Desk on Floor | | |
| **Description:** | Seized per Warrant | Apple Iphone model: A-1549 | |

| | | | |
|---|---|---|---|
| **Control #:** | 21 | **Evidence Box:** | 8 |
| **Location:** | Storage Shed | **Locator Code:** | J |
| **Found:** | On Floor | | |
| **Description:** | Seized per Warrant | Files and Docs related to IRS, California Bank & Trust Statements, checks, deposit slips, bills, insurance docs. EDD Correspondences, Lawsuit with Landlord, Court Info. | |

| | | | |
|---|---|---|---|
| **Control #:** | 22 | **Evidence Box:** | 9 |
| **Location:** | Storage Shed | **Locator Code:** | J |
| **Found:** | In Shed | | |
| **Description:** | Seized per Warrant | Box Labeled: Judy's Office. Bankruptcy Records, Invoices, Letters from Federal, State and Local Governemnt. 2011-2017 | |

| | | | |
|---|---|---|---|
| **Control #:** | 23 | **Evidence Box:** | 5 |
| **Location:** | Office | **Locator Code:** | H-4 |
| **Found:** | Top of Desk | | |
| **Description:** | Seized per Warrant | Email Correspondence reg: payments dated 3/8/2019 to Michael Avenatti. Bank Records reg: Michael Avenatti BAnk Acct. Dated 12/28/18. | |

| | | | |
|---|---|---|---|
| **Control #:** | 24 | **Evidence Box:** | 5 |
| **Location:** | Office | **Locator Code:** | H |
| **Found:** | Floor of Room | | |
| **Description:** | Seized per Warrant | Augustas LLP "Michael Avenatti". Union Bank Account Application, dated 2019. Wire Instructions, Token Info/ID, Blank Check, Miscellaneous Deposit Records. | |

| | | | |
|---|---|---|---|
| **Control #:** | 25 | **Evidence Box:** | 10 |
| **Location:** | Storage Shed | **Locator Code:** | J |
| **Found:** | In Box (EA 0699) | | |
| **Description:** | Seized per Warrant | JMF Folder - Profit & Loss detail for EA LLP: 2014-2015, EA - Trial Balance 2014. Red Folder: EA Deatiled expense report for 2013-2015 and 2016 Vendor Contact list EA LLP. Green Folder: EA payments to Jason Frank 2013-2015. | |

| | | | |
|---|---|---|---|
| **Control #:** | 26 | **Evidence Box:** | 11 |
| **Location:** | Storage Shed | **Locator Code:** | J |
| **Found:** | In Box on Floor | | |
| **Description:** | Seized per Warrant | Corporate Filing, Registrations, licenses, bank statements and records, IRS and State Revenue Departemnt Correspondance, legal services agreements, financial agreements, attorney biling records for Global Baristas, GB Auto Sports, Doppio | |

| | | | |
|---|---|---|---|
| **Control #:** | 27 | **Evidence Box:** | 12 |
| **Location:** | Storage Shed | **Locator Code:** | J |
| **Found:** | In Box Labeled "Judy's Office: | | |
| **Description:** | Seized per Warrant | CBT Eagan Avenatti 2018 bank reconciliation, 2013 Desk records 2014, CBT statements.  Bank records for 2015 CBT 2699, 2015 CBT 8541, 2015 CBT 7849, 2015 CBT, 2851, CBT Deposits.  Bankruptcy Documents. | |

| | | | |
|---|---|---|---|
| **Control #:** | 28 | **Evidence Box:** | 5 |
| **Location:** | Storage Shed | **Locator Code:** | J |
| **Found:** | Between J-1 and J-2 | | |
| **Description:** | Seized per Warrant | California Bank and Trust, Global Baristas US LLC Bank Statement, CB&T Avenatti & Associates, IRS Correspondences, Form 8821, Form 2848, Ikaria Intl,  SEC of State Filing, IRS Due Notices, Boyd &  Assoc., Security Bill, Michael Avenatti V.P. Morgan Statement, Coblentz Patum Duffy & Bass LLP Bill, IMSA vs. Global Baristas lawsuit, Various Form 10995, Michael Avenatti 2017 W-2, Quy Supply Store Certificate, Phan & Tran Litigation, John Hancock Retirement Account, Jason Frank Settlement | |

| | | | |
|---|---|---|---|
| **Control #:** | 29 | **Evidence Box:** | 7 |
| **Location:** | Entry Way | **Locator Code:** | L |
| **Found:** | Found in Bin on Floor | | |
| **Description:** | Seized per Warrant | Apple Laptop S/N: C02G48EADJWR | |

| | | | |
|---|---|---|---|
| **Control #:** | 30 | **Evidence Box:** | 7 |
| **Location:** | Office | **Locator Code:** | H-4 |
| **Found:** | On Desk | | |
| **Description:** | Seized per Warrant | Apple Ipad S/N: DMPHFTC0DVGJ | |

| | | | |
|---|---|---|---|
| **Control #:** | 31 | **Evidence Box:** | 7 |
| **Location:** | Office | **Locator Code:** | H-3 |
| **Found:** | On Floor | | |
| **Description:** | Seized per Warrant | Apple Ipad S/N: DKVGTKCDFJ3 | |

AES  3/25/19

| | | | |
|---|---|---|---|
| **Control #:** | 32 | **Evidence Box:** | 5 |
| **Location:** | Storage Shed | **Locator Code:** | J |
| **Found:** | Middle of Storage Unit | | |
| **Description:** | Seized per Warrant   CB & T communications, bank statements, 2016 W-2, Large deposit, Office and storage leases, eviction notice and credit card charges | | |

| | | | |
|---|---|---|---|
| **Control #:** | 33 | **Evidence Box:** | 7 |
| **Location:** | Storage Shed | **Locator Code:** | J |
| **Found:** | Box labeled goes to Judy's House | | |
| **Description:** | Seized per Warrant   9 Back-up tapes and 9 Thumb Drives | | |

| | | | |
|---|---|---|---|
| **Control #:** | 34 | **Evidence Box:** | 7 |
| **Location:** | Entry Way | **Locator Code:** | L |
| **Found:** | In Bin on Floor | | |
| **Description:** | Seized per Warrant   Apple Ipad Pro S/N: DLXQKSHGMLM | | |

| | | | |
|---|---|---|---|
| **Control #:** | 35 | **Evidence Box:** | 7 |
| **Location:** | Garage | **Locator Code:** | A |
| **Found:** | In Big Horn Gun Safe - Floor of Safe | | |
| **Description:** | Seized per Warrant   Business Back-up Tapes (60) - Eagan Avenatti | | |

| | | | |
|---|---|---|---|
| **Control #:** | 36 | **Evidence Box:** | 5 |
| **Location:** | Garage | **Locator Code:** | A |
| **Found:** | In Big Horn Gun Safe - Floor of Safe | | |
| **Description:** | Seized per Warrant   Fed Ex for Avenatti, note inside re: Augustus LLP | | |

# Inventory Listing of All Items Seized at Search Warrant Site

| | |
|---|---|
| **Site Name:** 4491 Rainbow Lane, Yorba Linda, CA 92886 Possible Taint Residence Judy Regnier - Possible Taint | **Investigation Number:** 1000290795 **Starting Date and Time:** 03/25/2019 10:16 AM **Ending Date and Time:** 03/25/2019 04:19 PM |
| **Report Date:** Monday, March 25, 2019 | |

**Control #:** 1
**Location:** Storage Shed
**Found:** In Shed
**Description:** Seized per Warrant
**Evidence Box:** 1
**Locator Code:** J

Corresponance dated July 28, 2017 from Foster & Pepper to Michael Avenatti/ Eagan Avenatti RE: Tully's Coffee Asia Pacific Annual Meeting Notice

**Control #:** 2
**Location:** Storage Shed
**Found:** In Shed
**Description:** Seized per Warrant
**Evidence Box:** 1
**Locator Code:** J

Correspondance dated August 29, 2018 from Cappello & Noel LLP Trial Lawyers to Michael Avenatti, Avenatti & Assoc. Re: 420, LLC Default

**Control #:** 3
**Location:** Storage Shed
**Found:** In Box
**Description:** Seized per Warrant
**Evidence Box:** 1
**Locator Code:** J

In box labeled: "Judy's Office Box 2": Correspondance from SBEMP Attorneys dated March 9, 2018 to Michael Avenatti, Desert Harvest Dev. Re: Demand for Payment

**Control #:** 4
**Location:** Storage Shed
**Found:** In Box
**Description:** Seized per Warrant
**Evidence Box:** 1
**Locator Code:** J

Five (5) Letters from Foster Pepper to Michael Avenatti Re: "We're Still Here" Registration

**Control #:** 5
**Location:** Storage Shed
**Found:** In Box
**Description:** Seized per Warrant
**Evidence Box:** 1
**Locator Code:** J

In Box labeled: "Judy's Office". Correspondence dated December 20, 2017 from Mehner CPAs to Michael Avenatti RE: Marriage of Avenatti.

Page 1 of 3

AES 3/25/19

| | | | |
|---|---|---|---|
| **Control #:** | 6 | **Evidence Box:** | 1 |
| **Location:** | Kitchen/Dine/Living | **Locator Code:** | C |
| **Found:** | On Floor of Living Room | | |
| **Description:** | Seized per Warrant | Correspondance dated Augusted 26, 2015 from Attorney's Pansky Markle Ham to Michael Avenatti et al. Re: State Bar Complaint and Letter from State Bar of CA Dated August 19, 2015 Re: the same | |

| | | | |
|---|---|---|---|
| **Control #:** | 7 | **Evidence Box:** | 1 |
| **Location:** | Storage Shed | **Locator Code:** | J |
| **Found:** | In Box Labeled "Judy"s Office Box 9" | | |
| **Description:** | Seized per Warrant | Correspondance dated Sept. 19, 2014 and October 14, 2016 from Foster Pepper to Michael Avenatti re: GB Autosports & Doppio Inc. Legal Registrations.Letters dated January 5, 2017 and January 27, 2017 from Foster Pepper to Michael Avenatti, Eagan Avenatti RE: Global Baristas legal entity registration.  Lefter from Foster Pepper dated April 24, 2017 to M. Avenatti/Eagan Avenatti Re: Delaware LLC tax notices. Fax dated 2/28/2017 from Eagar Avenatti to Certificate Specialist RE: Opinion Letter for Ikaria Resort Wear.  Letter dated Aug 10, 2016 from Foster Pepper to M. Avenatti/Global Baristas Re: 2016 Annual Mtg Notice. | |

| | | | |
|---|---|---|---|
| **Control #:** | 8 | **Evidence Box:** | 1 |
| **Location:** | Storage Shed | **Locator Code:** | J |
| **Found:** | In Box | | |
| **Description:** | Seized per Warrant | Letter dated October 24, 2018 from Mix Sanders Thompson to Global Baristas / M. Avenatti Re: Adams vs. Global Baristas | |

| | | | |
|---|---|---|---|
| **Control #:** | 9 | **Evidence Box:** | 1 |
| **Location:** | Storage Shed | **Locator Code:** | J |
| **Found:** | In Box 11 | | |
| **Description:** | Seized per Warrant | Foster Pepper Letter dated Mar. 8, 2017 Re: Global Baristas US, LLC/2017 Legal Entity Registration, Foster Pepper Letter dated Jan 2, 2015 Re: Global Baristas Asia, LLC and Global Baristas US, LLC 2015 Annual Renewal Notices.  Foster Pepper Letter Dated March 9, 2015 Re: Global Baristas, LLC and Global Baristas US, LLC 2015 Legal Entity Registrations Foster Pepper Letter Dated Jun 30, 2015 Re: Tully's Coffee Asia Pacific, Inc. 2015 Annual Meeting Notice.  Foster Pepper Letter Dated Dec 8, 2015 Re: Global Bariastas, LLC / 2015 Annual Renewal Notice | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 10 | | **Evidence Box:** | 1 |
| **Location:** | Storage Shed | | **Locator Code:** | J |
| **Found:** | In Box 11 | | | |
| **Description:** | Seized per Warrant | Foster Pepper Letter dated Mar 8, 2017 Re: Global Baristas US, LLC / 2017 Legal Entity Registration.  Foster Pepper Letter dated Jan 2, 2015 Re: Global Baristas Asia, LLC and Global Baristas US, LLC 2015 Annau Personal Notices. Foster Pepper Letter Dated Mar 9, 2015 Re: Global Bariastas, LLC and Global Bariastas, LLC and Global Bariastas US, LLC 2015 Legal Entity Regulations. Foster Pepper Letter dated Jun 30, 2015 Re: Tully's Coffee Asia Pacific, Inc. 2015 Annual Meeting Notice.  Foster Pepper Letter dated Dec 8, 2015 Re: Global Baristas, LLC/ 2015 Annaul Renewal Notice. | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 11 | | **Evidence Box:** | 1 |
| **Location:** | Storage Shed | | **Locator Code:** | J |
| **Found:** | Box labeled Judy's Office - Box 12 | | | |
| **Description:** | Seized per Warrant | Correspondence dated July19, 2015 from Eagan Avenatti to Julian Yniguez.  Correspondence dated April 13, 2015 from Eagan Avenatti to Jason Bernard | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 12 | | **Evidence Box:** | 1 |
| **Location:** | Storage Shed | | **Locator Code:** | J |
| **Found:** | On Floor in Box 11 | | | |
| **Description:** | Seized per Warrant | Nilan Johnson Lewis Dated June 25, 2015 RE: Professional Services Agreement Farnham Street Financial, Inc. US Global Bariastas.Summit Lan Group dated April 29, 2015 Re: Settlement Agreement - Notice of Default.  Foster Pepper dated Mar 7, 2016 Re: Global Baristas US, LLC / 2016 Legal Entity Registration.  Foster Pepper dated Feb 3, 2016 Re: Global Bariastas, LLC / 2016 Leal Entity Registration.  Ralph Palumbo Dated Nov 20, 2017 RE: Asia Food Culture Mgmt PTE, LTD. vs. Global Baristas LLC | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 13 | | **Evidence Box:** | 1 |
| **Location:** | Storage Shed | | **Locator Code:** | J |
| **Found:** | Between J-1 & J-2 on Floor | | | |
| **Description:** | Seized per Warrant | Correspondance dated June 20, 2018 from Coblentz Patch Duffy and Bass LLP to Micahel Avenatti & Lisa Storic - Avenatti | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 14 | | **Evidence Box:** | 1 |
| **Location:** | Garage | | **Locator Code:** | A |
| **Found:** | In Big Horn Gun Safe on Floor of Safe | | | |
| **Description:** | Seized per Warrant | Redwell File Folder with itmes related to represenation of Stephanie Clifford.  Seized per paragraph C.17 | | |

Department of the Treasury
Internal Revenue Service

# CUSTODY RECEIPT FOR RETAINED OR SEIZED PROPERTY

IRS-Criminal Investigation  
Los Angeles Field Office

Investigation  
#100290795

Description of Property: One brown box containing receipts and invoices pertaining to the business EAGAN AVENATTI and other financial records relating to the personal and business finances of Michael AVENATTI between the years 2013-2019 including vehicle registrations/titles, payroll records, travel records, public records filed, bank records and other legal filings.

Location of Property: Obtained from the residence of Judy Regnier, 4491 Rainbow Lane in Yorba Linda, CA. The box was located on the floor, near the door, inside the "office" inside the residence on March 25, 2019.

Reason for Seizure: These items were within the scope of the search warrant executed on March 25, 2019 at 4491 Rainbow Lane in Yorba Linda, CA but were inadvertently left behind at the time of the warrant. Agents returned on March 26, 2019 to retrieve the original evidence, with the voluntary cooperation of Judy Regnier.

**Handed over by:**

Judy Regnier _____  Date 31 26 19

**Received by:**

Aimee E. Schabilion _____  Date 3/26/19